ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtors



FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| MANUEL SANTILLAN | ) Case No. 07-54339 CN |
| JUANA SANTILLAN | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497141 for an unclaimed dividend in the amount of $5.16.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

MANUEL SANTILLAN
JUANA SANTILLAN
1100 TYLER AVE
GREENFIELD, CA  93927

Dated:  September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE